# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ms. Tammi Ann Allowitz, | Civil No. 11-3680 (RHK/TNL) |
| Plaintiff, | **ORDER** |
| v. | |
| Ms. Nicole English, Warden, | |
| Defendant. | |

Based upon the undersigned's de novo review of the December 30, 2011, Report and Recommendation of United States Magistrate Judge Tony N. Leung and Plaintiff's Objections (Doc. No. 7) thereto, along with all the files and records, and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 7) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 4) is **ADOPTED**;

3. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 (Doc. No. 1) is summarily **DISMISSED** for lack of jurisdiction;

4. Petitioner's application for leave to proceed in forma pauperis (Doc. No. 2) is **DENIED**; and

5. Petitioner's "Motion for Home Confinement" (Doc. No. 3) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  January 30, 2012

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge